David H. Waters, State Bar No. 078512
E-mail: dwaters@burnhambrown.com
Jack W. Schwartz, Jr., State Bar No. 124506
E-mail: jschwartz@burnhambrown.com

BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Federal Deposit Insurance Corporation
As Receiver of BANKFIRST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKFIRST,<br><br>　　　　Plaintiff<br><br>v.<br><br>THOMAS C. DASHIELL, an individual; and DOES 1 through 10, inclusive<br><br>　　　　Defendants | Case No. CV 09-3486 PJH<br><br>SUBSTITUTION OF ATTORNEYS |

TO THIS COURT AND ALL PARTIES:

YOU ARE HEREBY NOTIFIED THAT THE FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of BANKFIRST makes the following substitution of attorneys:

1. Former legal representative: Attorney David M. Wiseblood, Seyfarth Shaw, LLP;

2. New legal representative: Attorneys David H. Waters, California State Bar No. 078512, and Jack W. Schwartz Jr., California State Bar No. 124506, Burnham Brown, PLC, whose address is 1901 Harrison Street, 11th Floor, Oakland, CA

SUBSTITUTION OF ATTORNEYS　　　　　　　　　1　　　　　　　　　CASE NO. CV 09-3486 PJH

1  94612; mail: P.O. Box 119, Oakland, CA 94604-0119; Telephone: (510) 444-
2  6800; and Facsimile (510) 835-6666.
3     3.  The party making this substitution is the FEDERAL DEPOSIT INSURANCE
4  CORPORATION as Receiver of original Plaintiff BANKFIRST.
5  I consent to this substitution:
6  Dated: August 20, 2009           FEDERAL DEPOSIT INSURANCE
                                          CORPORATION as Receiver of
7                                         BANKFIRST

9  By: _____
10 Its: _____

11 Dated: August 19, 2009           SEYFARTH SHAW LLP

13 By: _____
14                 David M. Wiseblood

16 Dated: August 19, 2009           BURNHAM BROWN, PLC

18 By: _____
                   David H. Waters
19                 Jack W. Schwartz Jr.

20          9/2/09

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF ATTORNEYS           2           CASE NO. CV 09-3486 PJH

Re:         Bankfirst v. Thomas C. Dashiell, et al.
Court:     United States District Court, Northern District of California
Action No:   CV 09-3486 PJH

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On August 24, 2009, I served the following document(s) in the following manner(s):

SUBSTITUTION OF ATTORNEYS

☒    **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon on the date and place shown below following ordinary business practice. I am familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☒    **FACSIMILE:** By transmitting a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was      .

Robert F. Kidd, Esq.
Donahue Gallagher Woods LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
Phone: 510-451-0544
Fax: 510-832-1486

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:    August 24, 2009

*Leslie Ochoa*
Leslie Ochoa