KATTEN MUCHIN ROSENMAN LLP
Joshua D. Wayser (CA152711)
joshua.wayser@kattenlaw.com
Steve Cochran (CA105541)
steve.cochran@kattenlaw.com
Tiffany J. Hofeldt (CA 228864)
tiffany.hofeldt@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

Attorneys for the Federal Deposit Insurance Corporation,
as Receiver of BankFirst

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKFIRST, | Case No. CV 09-3486-PJH |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| v. | |
| THOMAS C. DASHIELL, an individual; and DOES 1 through 10, inclusive., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Federal Deposit Insurance Corporation, as Receiver of BankFirst, makes the following substitution of attorneys:

1. Former legal representative: Attorneys David H. Waters, State Bar No. 078512, and Jack W. Schwartz, Jr., State Bar No. 124506, Burnham Brown, PLC, whose address is 1901 Harrison Street, 11th Floor, Oakland, CA 94612; Mailing Address: P.O. Box 119, Oakland, CA 94604-0119; Telephone: (510) 444-6800; and Facsimile: (510) 835-6666.

2. New legal representative: Attorneys Joshua D. Wayser, State Bar No. 152711, Steve Cochran, State Bar No. 105541, and Tiffany J. Hofeldt, State Bar No. 228864, Katten Muchin

1  Rosenman LLP, whose address is 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-
2  3012; Telephone: (310) 788-4400; and Facsimile: (310) 788-4471.
3     3.   The party making this substitution is the Federal Deposit Insurance Corporation, as
4  Receiver of original plaintiff BankFirst,.
5     I consent to this substitution:

7  Dated: October 6, 2009           FEDERAL DEPOSIT INSURANCE CORPORATION
                                    as Receiver of BANKFIRST

                                    By: /s/ Linda J. Berberian

                                    Name: LINDA J. BERBERIAN

                                    Its: Senior Attorney

15 Dated: October 7, 2009           BURNHAM BROWN, PLC

                                    By: _____
                                    David H. Waters
                                    Jack W. Schwartz, Jr.

21 Dated: October ___, 2009         KATTEN MUCHIN ROSENMAN LLP

                                    By: _____
                                    Joshua D. Wayser
                                    Steve Cochran
                                    Tiffany J. Hofeldt

                                    10/15/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton

SUBSTITUTION OF ATTORNEYS                    2                    Case No. CV 09-3486 PJH