KATTEN MUCHIN ROSENMAN LLP
Steve Cochran (CA105541)
Joshua D. Wayser (CA152711)
Tiffany J. Hofeldt (CA 228864)
Cory A. Baskin (CA 240517)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
Email: steve.cochran@kattenlaw.com
       joshua.wayser@kattenlaw.com
       tiffany.hofeldt@kattenlaw.com
       cory.baskin@kattenlaw.com
Attorneys for the Federal Deposit Insurance Corporation as Receiver
for BANKFIRST and Substitute Plaintiff OUTSOURCE SERVICES MANAGEMENT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKFIRST,<br><br>         Plaintiff,<br><br>   v.<br><br>THOMAS C. DASHIELL, an individual; and DOES 1 through 10, inclusive.,<br><br>         Defendants. | Case No. CV 09-3486-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING OUTSOURCE SERVICES MANAGEMENT LLC AS PLAINTIFF FOR THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR NAMED PLAINTIFF BANKFIRST**<br><br>[Fed. R. Civ. P. 25(c)] |

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, the Federal Deposit Insurance Corporation, as the Receiver for BankFirst ("FDIC-Receiver"), proposed substitute plaintiff Outsource Services Management LLC ("OSM"), and defendant Thomas C. Dashiell, by and through their counsel, hereby stipulate to allow OSM to be substituted into this action as the plaintiff in place of the Federal Deposit Insurance Corproation as Receiver for BankFirst ("FDIC-Receiver"). OSM makes the following recitation of facts:

**WHEREAS**, on November 30, 2007, plaintiff BankFirst commenced an action in the Superior Court of the State of California, County of Alameda entitled *BankFirst v. Thomas C.*

1

*Dashiell and Does 1 to 10*, Case No. RG07358871 (the "State Court Action"). In its complaint in the State Court Action, BankFirst, a South Dakota State Bank, alleged one cause of action for breach of guaranty against defendant Thomas C. Dashiell, a California resident, arising out of Mr. Dashiell's guaranty (the "Guaranty") of a loan made by BankFirst on or about April 10, 2006 to borrower Quail Lake Estates Associates, L.P. ("Borrower") in the principal amount of $10,455,000 (the "Loan");

**WHEREAS**, on July 17, 2009, the State of South Dakota, Department of Revenue and Regulation, Division of Banking closed BankFirst, ordered it liquidated and requested the Federal Deposit Insurance Corporation to serve as Receiver of the failed institution, and the FDIC formally accepted that appointment on that date. By operation of law, the FDIC-Receiver succeeded to all the rights, title, power and privileges of BankFirst and its assets and succeeded to title to all the books, records and assets of BankFirst. 12 U.S.C. § 1821(D)(2)(A).

**WHEREAS**, on July 29, 2009, the FDIC-Receiver filed a Notice of Removal, removing the State Court Action to this Court pursuant to 12 U.S.C. § 1819(b)(2) and 28 U.S.C. §§ 1331 and 1441(b);

**WHEREAS**, on August 13, 2009, the FDIC-Receiver sold, transferred, conveyed, assigned and delivered to Ralron Capital Corporation ("Ralron"), and Ralron purchased, accepted and assumed from the FDIC-Receiver, all of the FDIC-Receiver's rights and obligations to service the Loan, which includes the collection of guarantees, accounts and rights to payment, and rights, powers and privileges relating to the servicing of the Loan. Thereafter, Ralron assigned all of its rights relating to the Loan, to OSM, a Nevada limited liability company. The real party in interest in the proceeding is OSM, as assignee of the servicing rights of this Loan and other loans from the FDIC-Receiver pursuant to its authority under the Federal Deposit Insurance Act, 12 U.S.C. § 1821(d);

**WHEREAS**, based on the transfers described above, the plaintiff's name should be substituted to OSM, a Nevada limited liability company. Defendant has agreed to stipulate to an amendment of the Complaint to reflect the those transfers and substitute the correct plaintiff to avoid the necessity of a formal motion.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record, that:

1. OSM shall be substituted into this action as the plaintiff in place of the FDIC-Receiver;

2. The original complaint filed on November 30, 2007 initiating the State Court Action shall continue to be the operative complaint in this action, and Mr. Dashiell's answer filed on March 19, 2008 in the State Court Action shall continue to be his operative responsive pleading in this action;

3. OSM, by and through its counsel, shall file, no later than 5 court days after the Court enters an Order approving this Stipulation, a disclosure statement pursuant to N.D. Cal. L.R. 3-16.

**SO STIPULATED:**

DATED: November 3, 2009

DONAHUE GALLAGHER WOODS LLP

By: _____
Robert Fred Kidd
Attorneys for Defendant Thomas C. Dashiell

DATED: November 4, 2009

KATTEN MUCHIN ROSENMAN LLP

By: _____
Steve Cochran
Attorneys for Federal Deposit Insurance Corporation as Receiver for BankFirst and Proposed Substitute Plaintiff Outsource Services Management LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 11/12/09

_____
Honorable Phyllis J. Hamilton
United States District Judge

**Other Documents**
4:09-cv-03486-PJH BankFirst v. Dashiell
ADRMOP, E-Filing, MEDIATION, ProSe

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Hofeldt, Tiffany entered on 11/4/2009 12:32 PM PST and filed on 11/4/2009

**Case Name:**       BankFirst v. Dashiell
**Case Number:**     4:09-cv-03486-PJH
**Filer:**           Federal Deposit Insurance Corporation as Receiver for BankFirst
**Document Number:** 15

**Docket Text:**
**STIPULATION *AND [PROPOSED] ORDER SUBSTITUTING OUTSOURCE SERVICES MANAGEMENT LLC AS PLAINTIFF FOR THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR NAMED PLAINTIFF BANKFIRST* by Federal Deposit Insurance Corporation as Receiver for BankFirst. (Hofeldt, Tiffany) (Filed on 11/4/2009)**

**4:09-cv-03486-PJH Notice has been electronically mailed to:**

Cory Alexander Baskin    cory.baskin@kattenlaw.com

David Andrew Stein    david@donahue.com, robert@donahue.com

Joshua David Wayser    jwayser@lordbissell.com

Robert Fred Kidd , Esq    rkidd@srcm-law.com

Tiffany J. Hofeldt    tiffany.hofeldt@kattenlaw.com, terri.cooper@kattenlaw.com

**4:09-cv-03486-PJH Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Mark F. Katz
Mark F. Katz Mediator
1840 Gateway Drive, Suite 200
San Mateo, CA 94404

Steve Cochran
Katten Muchin Zavis Rosenman
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\mdavis\My Documents\Dashiell - Stipulation and Proposed Order.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/4/2009] [FileNumber=5807034-0]
[7778342e15363dc5f0071e4b58da1b6232e3c4e9b49521a66d3361a2e2e89b8c4512a
da341abaa03e76cf89f7b58132676e86640e2d7693d0648fc7497b5150a]]