ROBERT F. KIDD, ESQ. (SBN 77000)
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570
P.O. Box 12979
Oakland, California  94604-2979
Telephone:     (510) 451-0544
Facsimile:     (510) 832-1486
Electronic mail:  robert@donahue.com

Attorney for Thomas Dashiell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKFIRST,<br><br>                    Plaintiff,<br><br>          v.<br><br>THOMAS C. DASHIELL,<br><br><br>                    Defendant. | CASE NO.:  09-CV-3486-PJH<br><br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant Thomas C. Dashiell substitutes the law firm of Donahue Gallagher Woods

LLP, in the place of Stein, Rudser, Cohen & Magid, LLP, as his counsel of record herein.  For

all purposes herein, contact information for Donahue Gallagher Woods LLP is as follows:

DONAHUE GALLAGHER WOODS LLP
ATTN: ROBERT F. KIDD, ESQ.
300 Lakeside Drive, Suite 1900
Oakland, California  94612-3570
P.O. Box 12979
Oakland, California  94604-2979
Telephone:     (510) 451-0544
Facsimile:     (510) 832-1486
Electronic mail:  robert@donahue.com

- 1 -

1

2        This substitution of attorney is accepted.

3    Dated:  December 15, 2009

4
                                                  _____/s/ Thomas C. Dasheill_____
5                                                    Thomas C. Dashiell, Defendant

6

7        This substitution of attorney is accepted.

8    Dated: December 15, 2009                      STEIN, RUDSER, COHEN & MAGID LLP

9
                                                  _____/s/ David A. Stein_____
10                                                   David A. Stein, Former Attorney

11

12       This substitution of attorney is accepted.

13   Dated:  December 15, 2009                     DONAHUE GALLAGHER WOODS LLP

14

15                                                 _____/s/ Robert F. Kidd_____
                                                     Robert F. Kidd, New Attorney
16

17

18                             12/22/09

19

20

21

22

23

24

25

26

27

28

- 2 -

1

## CERTIFICATE OF SERVICE

2

    I declare that I am employed in the County of Alameda, State of California.  I am over the age of eighteen years at the time of service and not a party to the within cause.  My employment address is 300 Lakeside Drive, Suite 1900, Oakland, California  94612-3570.

3

4

    On December 15, 2009, I served copies of the attached document(s) entitled:

5

## SUBSTITUTION OF ATTORNEY

6

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

7

8

Tiffany J. Hofeldt
Katten Muchin Rosenman LLP

9

2029 Century Park East, Suite 2600
Los Angeles, CA  90067-3012

10

Tel:  (310) 788-4469
Fax:  (310) 712-8250

11

E-mail:  tiffany.hofeldt@kattenlaw.com

12

   ☒   **BY U.S. MAIL.**  I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

13

14

15

16

   ☐   **BY FEDERAL EXPRESS.**  I deposited such envelope in a Federal Express depository at Oakland, California.

17

   ☐   **BY PERSONAL SERVICE.**  I delivered such envelope by hand to the offices of the addressee(s).

18

19

   ☐   **BY FACSIMILE SERVICE.**  I transmitted such document(s) via facsimile to the offices of the addressee(s).

20

   ☒   **FEDERAL.**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21

22

    Executed on December 15, 2009, at Oakland, California.

23

24

25
                                 */s/ Aysha D. Lewis*_____
                                     Aysha D. Lewis

26

*Name of Case:*  *Bankfirst v. Thomas C. Dashiell*

27
*Name of Court and Case Number:*  *Unites States District Court – Northern District of California 09-CV-3486-PJH*

28