1  KATTEN MUCHIN ROSENMAN LLP
   Steve Cochran (CA105541)
2  Joshua D. Wayser (CA152711)
   Tiffany J. Hofeldt (CA 228864)
3  2029 Century Park East, Suite 2600
4  Los Angeles, CA 90067-3012
   Telephone: (310) 788-4400
5  Facsimile: (310) 788-4471
   Email: steve.cochran@kattenlaw.com
6          joshua.wayser@kattenlaw.com
7          tiffany.hofeldt@kattenlaw.com
   Attorneys for Plaintiff OUTSOURCE SERVICES MANAGEMENT

8
                  **UNITED STATES DISTRICT COURT**
9
                  **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   BANKFIRST,                          )   Case No. CV 09-3486-PJH
12                                      )
                 Plaintiff,             )   **STIPULATION AND [PROPOSED]**
13                                      )   **ORDER EXTENDING TIME TO**
                                        )   **COMPLETE MEDIATION**
14           v.                         )
                                        )
15 THOMAS C. DASHIELL, an individual; and )
   DOES 1 through 10, inclusive.,       )
16                                      )
                 Defendants.            )
17                                      )
                                        )
18 _____  )

19        Plaintiff Outsource Services Management LLC and defendant Thomas C. Dashiell (the

20 "Parties"), by and through their counsel, hereby stipulate as follows:

21        **WHEREAS**, on October 19, 2009, the Court entered its Order on the Parties' stipulation to

22 selecting ADR Process, setting the deadline for the mediation within 90 days of the date of the

23 Order, or by January 18, 2010;

24        **WHEREAS**, the Parties initially scheduled a mediation with mediator Mark F. Katz on

25 January 7, 2010;

26        **WHEREAS**, at the time the mediation was scheduled, two motions to dismiss were pending

27 in the related bankruptcy and adversary proceeding in the United States Bankruptcy Court in the

28
                                        1
   STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE
                                                  Case No. CV 09-3486 PJH

1  Northern District of California, In re Quail Lake Estates Associates, L.P., Chapter 11 Case No. 08-

2  41296, Adversary No. 09-04292, the outcome of which could impact the Parties' settlement

3  positions in this matter;

4      **WHEREAS,** before the bankruptcy court issued its rulings on the motions to dismiss, the

5  Parties agreed to continue the mediation to a date in February to allow the parties sufficient time to

6  prepare mediation statements after the bankruptcy court issued its orders on the motions to compel.

7  The parties have agreed to a mediation with Mr. Katz on February 23, 2010.

8      **ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED,** by and between the

9  Parties, through their respective counsel of record, that:

10      1.    The Parties shall have an extension of time in which to complete the mediation, to

11  February 26, 2010.

12      **SO STIPULATED:**

13
14  DATED: January 27, 2010

DONAHUE GALLAGHER WOODS LLP

15  By:_____

16  Robert Fred Kidd
Attorneys for Defendant Thomas C. Dashiell

17
18  DATED: January 27, 2010

KATTEN MUCHIN ROSENMAN LLP

19
20  By:_____
Tiffany J. Hofeld

21  Attorneys for Plaintiff Outsource Services Management
LLC

22

23      **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

24
25  Dated: 2/5/10 _____  _____

26  Honorable Phyllis J. Hamilton
United States District Judge

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE
Case No. CV 09-3486 PJH