UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BANKFIRST,<br><br>                Plaintiff(s),<br>   v.<br>THOMAS C DASHIELL,<br>                Defendant(s).<br>_____/ | No. C 09-03486 LB<br><br>**ORDER RE SUPPLEMENTAL CMC STATEMENT AND WRITTEN CONSENT FORMS** |

On May 24, 2010, this case was reassigned to Magistrate Judge Beeler for all purposes. (Dkt. #34.)  The matter is currently set for a case management conference before Judge Beeler on June 17, 2010.  (Dkt. #33.)  In reviewing the docket, the Court notes that on May 6, 2010, the parties filed a joint CMC Statement in advance of the conference previously set before Judge Hamilton.  (Dkt. #31.)  To the extent that there have been any developments in this case that are not addressed in the parties' May 6 Statement, the parties may file a joint Supplemental CMC Statement no later than June 10, 2010.  Additionally, consistent with the parties' representation in their May 6 Statement, the Court directs the parties to file the attached written consents by June 10, 2010.

     **IT IS SO ORDERED.**

Dated: May 27, 2010

                                              _____<br>                                              LAUREL BEELER<br>                                              United States Magistrate Judge

C 09-03486

**UNITED STATES DISTRICT COURT**
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BANKFIRST, | No.  C 09-03486 LB |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| DASHIELL, | |
| Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                                                           Signature

                                                                           Counsel for _____
                                                                           (Plaintiff, Defendant or indicate "pro se")

C 09-03486

2