UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BANKFIRST, | No. C 09-03486 LB |
| Plaintiff(s), | **ORDER RE JOINT STATEMENT FOR STATUS HEARING** |
| v. | |
| THOMAS C DASHIELL, | |
| Defendant(s). | |

This matter is set for a telephonic status hearing on November 4, 2010. *See* ECF No. 40. To assist the Court in preparing for the conference, the parties shall file a brief joint status statement detailing any developments in the case since the June 17, 2010 CMC and the parties' positions on what effect, if any, Defendant's bankruptcy filing has on the upcoming trial. The parties' joint statement shall be due by October 28, 2010.

**IT IS SO ORDERED.**

Dated: October 7, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 09-03486