ROBERT F. KIDD, ESQ. (SBN 77000)
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
1999 Harrison Street, 25th Floor
Oakland, California  94612-3520
P.O. Box 12979
Oakland, California  94604-2979
Telephone:     (510) 451-0544
Facsimile:      (510) 832-1486
Electronic mail: robert@donahue.com

Attorney for Thomas Dashiell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKFIRST,<br><br>        Plaintiff,<br><br>    v.<br><br>THOMAS C. DASHIELL,<br><br>        Defendant. | CASE NO.:  09-CV-3486-LB<br><br>**STIPULATION FOR ENTRY OF ORDER RE CONTINUANCE OF STATUS CONFERENCE; ORDER THEREON**<br><br>Date:  TBA<br>Time:  TBA<br>Magistrate:  Judge Laurel Beeler |

I.  STIPULATION

Plaintiff Outsource Services Management, LLC ("OSM") and defendant Thomas C. Dashiell stipulate and represent as follows:

1.  On October 4, 2010, Mr. Dashiell filed his voluntary petition for relief under chapter 7 of the United States Bankruptcy Code, in that case entitled *In re Thomas Clark Dashiell*, United States Bankruptcy Court, Northern District of California, Oakland Division, Chapter 7 Case No. 4-10-71453-J-7. Immediately thereafter, Mr. Dashiell filed herein his notice of said bankruptcy filing.

2.  By operation of 11 U.S.C. §362(a), the filing of Mr. Dashiell's bankruptcy petition operates as a stay, applicable to all entities, of the continuation of a judicial proceeding against Mr. Dashiell, which judicial proceeding was commenced before the commencement of the bankruptcy case. As a consequence, the filing of Mr. Dashiell's bankruptcy petition on October 4, 2010, operates as a stay of the instant litigation.

3.  By operation of 11 U.S.C. §727(a), Mr. Dashiell's personal liability for his debts will be discharged, unless the Bankruptcy Court in the *Dashiell* case determines that he is not entitled to such discharge, under the provisions of *inter alia* 11 U.S.C. §523 or 11 U.S.C. §727. The Bankruptcy Court in the *Dashiell* case has fixed December 27, 2010, as the deadline for any interested party to file an adversary complaint to determine the nondischargeability of Mr. Dashiell's debts under these statutes.

4.  The parties respectfully stipulate to the entry of the order of the above-entitled Court continuing the status conference currently scheduled for November 4, 2010, to a date and at a time of the Court's convenience on or after February 1, 2011. By the proposed continued date of such status conference, (i) it will be known whether OSM has elected to file such adversary complaint to determine the dischargeability of Mr. Dashiell's debt, and (ii) the parties will have a clearer understanding of implications of such election.

| | |
|---|---|
| Dated: October 19, 2010 | DONAHUE GALLAGHER WOODS LLP |
| | By: _____/s/ Robert F. Kidd_____<br>Robert F. Kidd, Esq.<br>Attorneys for Defendant<br>Thomas Dashiell |
| Dated: October 19, 2010 | KATTEN MUCHIN ROSENMAN LLP |
| | By: _____/s/ Joshua Wayser_____<br>Joshua Wayser, Esq.<br>Attorneys for Plaintiff<br>Outsource Management Services LLC |

II. **ORDER**

Having considered the stipulation of the parties set forth above, and good cause appearing therefore, the Status Conference for the above-captioned case is continued to:

Date: **February 17**___, ~~2010~~ 2011

Time: **3**__:**00** ~~AM~~/PM

Dated: **October 20**___, 2010

GRANTED
Judge Laurel Beeler

By: _____
Laurel Beeler
United States ~~Magistrate~~ Judge

-2-