KATTEN MUCHIN ROSENMAN LLP
Steve Cochran (CA 105541)
Joshua D. Wayser (CA152711)
Tiffany J. Hofeldt (CA 228864)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471
Email: steve.cochran@kattenlaw.com
       joshua.wayser@kattenlaw.com
       cory.baskin@kattenlaw.com
Attorneys for plaintiff Outsource Services Management LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKFIRST, | Case No. CV 09-3486-LB |
| Plaintiff, | **STIPULATION FOR ENTRY OF ORDER RE CONTINUANCE OF STATUS CONFERENCE; ORDER THEREON** |
| v. | |
| THOMAS C. DASHIELL, an individual; and DOES 1 through 10, inclusive., | CURRENT DATE: |
| | Date: February 17, 2011 |
| Defendants. | Time: 10:30 a.m. |
| | Ctrm: 4 |

# STIPULATION

Plaintiff Outsource Services Management LLC ("OSM") and defendant Thomas C. Dashiell stipulate and represent as follows:

1. On October 4, 2010, Mr. Dashiell filed his voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code, in the case entitled *In re Thomas Clark Dashiell*, United States Bankruptcy Court, Northern District California, Oakland Division, Chapter 7 Case No. 4-10-71453-J-7. Immediately thereafter, Mr. Dashiell filed a notice of bankruptcy filing in this action.

2. By operation of 11 U.S.C. § 362(a), the filing of Mr. Dashiell's bankruptcy petition operates as a stay, applicable to all entities, of the continuation of a judicial proceeding against Mr. Dashiell, which judicial proceeding was commenced before the filing of the bankruptcy petition. As a consequence, the filing of Mr. Dashiell's bankruptcy petition on October 4, 2010 operates as a stay of the instant litigation.

3. By operation of 11 U.S.C. § 727(a), Mr. Dashiell's personal liability for his debts will be discharged, unless the Bankruptcy Court in the *Dashiell* case determines that he is not entitled to such discharge, under the provisions of *inter alia* 11 U.S.C. § 523 or 11 U.S.C. § 727. The Bankruptcy Court has not yet issued a discharge. Mr. Dashiell's counsel anticipates that the Bankruptcy Court will determine the issue of dischargeability within the next 60 days.

4. The parties respectfully stipulate to continue the status conference currently scheduled for February 17, 2011 at 10:30 a.m. to a date at the Court's convenience on or after April 1, 2011 by which time the Bankruptcy Court is anticipated to have determined the dischargeability of Mr. Dashiell's debt.

DATED: February 7, 2011                    KATTEN MUCHIN ROSENMAN LLP

By:   /s/ Tiffany J. Hofeldt
      Tiffany J. Hofeldt
Attorneys for plaintiff Outsource Services Management LLC

DATED: February 7, 2011                    DONAHUE GALLAGER WOODS LLP

By: /s/ Robert F. Kidd
Robert F. Kidd
Attorneys for defendant Thomas C. Dashiell

**ORDER**

Having considered the stipulation of the parties set forth above, and good cause appearing therefor, the Status Conference for the above-referenced case is continued to:

Date: April 7, 2011

Time: 10:30 AM/~~PM~~

Dated: February 9, 2011

_____
Laurel Beeler
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Laurel Beeler*